**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-1151**

---

MIACHEL H. HICKS,

                    Plaintiff - Appellant,

          v.

HILDA L. SOLIS, Secretary of Labor; ROBERT HARDMAN,
District Manager,

                    Defendants - Appellees.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Irene C. Berger,
District Judge. (5:10-cv-01404)

---

Submitted:  May 24, 2012              Decided:  May 30, 2012

---

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Miachel H. Hicks, Appellant Pro Se.   Fred B. Westfall, Jr.,
Assistant United States Attorney, Charleston, West Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miachel H. Hicks appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action without prejudice for failure to prosecute. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Hicks' informal brief does not challenge the basis for the district court's disposition, Hicks has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED